THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL H. GRAHAM, Appellant, *v.* EDWIN F. STUDWELL et al., Composing THE TOWN BOARD OF THE TOWN OF RYE, et al., Respondents.

*People ex rel. Graham v. Studwell*, 91 App. Div. 469, affirmed.
(Argued May 31, 1904; decided June 14, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

April 7, 1904, which reversed an interlocutory order of Special Term overruling a demurrer to an alternative writ of mandamus and dismissed the proceeding.

*Charles P. Cowles* and *Justus A. B. Cowles* for appellant.

*Herbert Reeves, George A. Slater* and *Alexander S. Rowland* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.